**VICTORIA L. FRANCIS**
**TYSON M. LIES**
**Assistant U.S. Attorneys**
**U.S. Attorney's Office**
**2601 2nd Ave. N., Suite 3200**
**Billings, MT 59101**
Phone: (406) 247-4633 – Victoria
Phone: (406) 247-4632 - Tyson
Email: victoria.francis@usdoj.gov
         Tyson.lies@usdoj.gov

**ATTORNEYS FOR DEFENDANT**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **JENNIFER LEE CORTESE,**<br><br>             Plaintiff,<br><br>    vs.<br><br>**UNITED STATES POST OFFICE,**<br><br>             Defendant. | **CV 20-        -BLG-**<br><br>**NOTICE OF REMOVAL** |

The petitioner, the United States of America on behalf of its agency the

United States Postal Service, shows the court as follows:

1

I.

The petitioner, the United States Postal Service, is named as a defendant in a civil action pending in the District Court of the Thirteenth Judicial District of the State of Montana, in and for the County of Yellowstone, being in that Court Cause No. DV 20-446.

II.

Attached is a copy of the Summons and Complaint in the said civil action which was served on the United States Attorney for the District of Montana.

III.

This civil action is removable to this court pursuant to 28 U.S.C. § 1442 (a)(1) for the reason that this action is a civil action in which the Plaintiff brings suit against the Defendant named by Plaintiff as the United States Post Office, known as the United States Postal Service, which Complaint seeks claims for wrongful termination, harassment, hostile work environment and age discrimination apparently related to the end of her employment at the United States Postal Service.

IV.

This notice is filed within thirty (30) days after receipt of service upon the United States Attorney's Office of the Summons and Complaint, which is the initial

pleading setting forth the claim for relief upon which this action is based, in accordance with 28 U.S.C. § 1446(b).

**WHEREFORE**, the Petitioner prays that this action be removed to this court from the District Court of the Thirteenth Judicial District of the State of Montana, in and for the County of Yellowstone.

DATED this 13th day of May, 2020.

        **KURT G. ALME**
        **United States Attorney**

        **/s/ VICTORIA L. FRANCIS**
        **VICTORIA L. FRANCIS**
        **TYSON M. LIES**
        **Assistant U.S. Attorneys**
        **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2020, a copy of the foregoing document was served on the following person by the following means.

| | |
|---|---|
| __1__ | CM/ECF |
| _____ | Hand Delivery |
| __2__ | U.S. Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk of Court

2. Jennifer Lee Cortese
1690 Beartooth Drive
Laurel, Montana 59044
(406) 697-5418 – phone
Pro Se Plaintiff

**/s/ VICTORIA L. FRANCIS**
**VICTORIA L. FRANCIS**
**TYSON M. LIES**
**Assistant U.S. Attorneys**
**Attorneys for Defendant**

s:\civil\2020v00062\notice of removal.docx