*hand delivered*

RECEIVED APR 14 2020 BY:

ISSUED COPY

Name Jennifer Cortese
Address 1690 Beartooth Dr
Phone 404-697-5418
Petitioner, Pro Se

MONTANA, **13** JUDICIAL DISTRICT COURT
Yellowstone County

| | |
|---|---|
| Jennifer Cortese, ) Cause No. **DV 20-0446** | |
| Petitioner ) Judge | |
| ) | |
| And ) **MARY JANE KNISELY** | |
| ) **SUMMONS** | |
| United States Post Office, ) | |
| Respondent ) | |

**THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE-NAMED RESPONDENT:**

**YOU, THE RESPONDENT, ARE HEREBY SUMMONED** to answer the Petition in this action which is filed in the office of the above-named Court, a copy of which is herewith served upon you, and to file your answer and serve a copy thereof upon Petitioner's attorney within **42** days after the service of this summons, exclusive of the day of service; and in case of your failure to appear or answer, judgment will be taken against you by default, for the relief demanded in the Petition.

GIVEN under my hand this **10** day of **April**, 20 **20** at the hour of **1215** o'clock, **P** .m.

TERRY HALPIN

CLERK OF COURT

By: [signature]

Personally served rsv-by

Jennifer Cortese
*(your name)*
1690 Barbour Dr.
*(your street address)*
Laurel, MT. 59044
*(city, state, zip code)*
(406) 697-5418
*(your phone number)*
Plaintiff Pro Se

RECEIVED
APR 1 4 2020
BY:___

CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2020 MAR 23  A 9:53

FILED

BY_____
DEPUTY

MONTANA ___13___ JUDICIAL DISTRICT COURT,
*(number of district in which your county is located)*
___Yellowstone___ COUNTY
*(name of your county)*

| | | |
|---|---|---|
| Jennifer Lee Cortese, | ) | Your Cause No. DV 20-0446 |
| | ) | |
| | ) | MARY JANE KNISELY |
| Plaintiff, | ) | |
| | ) | Complaint |
| vs. | ) | |
| | ) | |
| United States Post Office | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, ___Jennifer Cortese___, respectfully states the following:

1. Wrongful Termination _____

_____

2. Harrasment _____

_____

3. Hostile Work environment _____

Complaint
December 27, 2010

Page 1

3/23/2020

4. Worked the excellent until Heather Mitchum became our Post office Master.

5. age discrimination

THEREFORE the Plaintiff respectfully asks this court to grant the following:

1. To give me what I would have made financially until I would have retired.

2. Punitive damages for mental + emotional distress for my child, Richie, and myself.

3. _____

(Your signature) [signature]
(Print your name) Jennifer L. Cortese
(Date) 3-23-20

State of Montana                         )
County of __**YELLOWSTONE**_____ ) : ss

_Jennifer Cortez_____, being first duly sworn, upon oath, deposes and says as follows: I am the Plaintiff in the foregoing Complaint. I have read the foregoing Complaint and the facts of the matter contained herein are true, correct and complete to the best of my knowledge and belief.

_____
Plaintiff

Signed and sworn to (or affirmed) before me this _____ day of _____, 20____.

_____
(Signature of notary)

_____
(Printed name of notary public)

Notary public for the state of _____

Residing at: _____

My commission expires: _____

Subscribed and sworn to before me this

_23_ day of _March_, A.D. 20 _20_
Terry Halpin, Clerk of District Court

_Londa M. Duncan_
Deputy Clerk for the State of Montana
Yellowstone County
Commission Expires December 31, 2020

Complaint
December 27, 2010

Page 3