*Court Use Only*

☒ MONTANA __13__ JUDICIAL DISTRICT COURT, __Yellowstone__ COUNTY
☐ IN THE JUSTICE COURT OF _____ COUNTY, STATE OF MONTANA
☐ IN THE MUNICIPAL OR CITY COURT OF _____, MONTANA

YELLOWSTONE COUNTY
DISTRICT COURT
TERRY HALPIN
2020 MAR 26 P 1:14
FILED
MARY JANE KNISELY
BY _____ DEPUTY

__Jennifer Coare__,
Petitioner / Plaintiff,

and

__United States Post Office__,
Respondent / Defendant.

Case No: __DV 20-0416__
*(leave blank, the clerk will write in)*

Order Regarding Statement of Inability to Pay Court Costs

**Warning! Read carefully the section checked below.
It is a court order.**

☒ **Waiver of court costs is Granted.** Declarant shall proceed without payment of court fees or costs.

☐ **Temporary Waiver of court costs is Granted.** Declarant may file without payment of court fees or costs, but the Court may determine at a later time that the declarant has the ability to pay all fees or costs and will require declarant to do so.

☐ **Temporary Waiver of fees is Granted.** Declarant may file without payment of court fees or costs, but must appear before the Court at _____ a.m/p.m. on the _____ day of _____ and show cause why the declarant lacks the ability to pay all fees or costs.

**Warning! If this third box is checked, you must come to court on the date ordered above. If you don't come, the judge will deny your request to waive court costs, and you will have to pay the court costs.**

☐ **Waiver of Fees and costs is Denied.** Waiver is denied based on the following:

_____

_____

Ordered this __26__ day of __March__, 20__20__

_____
Presiding Judge

**CERTIFICATE OF SERVICE**
This is to certify that the foregoing was duly served by mail/hand/inter-office delivery upon the parties or their attorneys of record at their last known addresses this __27__ day of __March__, 20__20__
By _____
Judicial Asst. to Hon. Mary Jane Knisely